IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK PAUL STEWART,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **NO. 16-6104** |
| | : | |
| **NANCY A. BERRYHILL, Acting** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant** | : | |

# O R D E R

**AND NOW**, this 3rd day of January, 2018, upon independent consideration of the plaintiff's request for review, and the defendant's response thereto, and after review of the thorough and well-reasoned Report & Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, there being no objections thereto, IT IS HEREBY ORDERED that:

1. The Report & Recommendation is APPROVED and ADOPTED.

2. The plaintiff's request for review is GRANTED, and the decision of the Commissioner of the Social Security Administration is REVERSED to the extent that the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report & Recommendation.

3. The Clerk of Court is directed to mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, C. J.